**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Delta Materials, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-5039446** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4800 North Federal Highway, D306** **Boca Raton, FL 33433** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Palm Beach** County | **Location of principal assets, if different from principal place of business** **9025 Church Rd Felda, FL 33930** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Delta Materials, LLC**
_____    Case number (*if known*) _____
Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

Debtor   **Delta Materials, LLC**                                Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

Contact name   _____

Phone   _____

---

**█   Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor     **Delta Materials, LLC**
           Name                                                        Case number (*if known*)

---

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **March 12, 2019**
                MM / DD / YYYY

**X** **/s/ Michael De Simone**                                    **Michael De Simone**
Signature of authorized representative of debtor                    Printed name

Title     **Manager**

---

**18. Signature of attorney**

**X** **/s/ Bradley S. Shraiberg**          Date     **March 12, 2019**
Signature of attorney for debtor                    MM / DD / YYYY

**Bradley S. Shraiberg 121622**
Printed name

**Shraiberg Landau & Page PA**
Firm name

**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone     **561 443 0800**          Email address     **bss@slp.law**

**121622 FL**
Bar number and State

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Delta Materials, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■  *Schedule H: Codebtors* (Official Form 206H)
■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■  Other document that requires a declaration    **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>March 11, 2019</u>        X _____
                                              Signature of individual signing on behalf of debtor

                                              **Michael De Simone**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Delta Materials, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Aqua Preserve Inc.** **9890 Bayshore Rd** **North Fort Myers, FL 33917** | | | | | | **$1,900.00** |
| **CAT Finance Services** **PO Box 730681** **Dallas, TX 75373-0681** | | **Lease 17 moths left** | | | | **$43,285.57** |
| **Dobbs Equipment** **2730 Falkenberg Road** **Riverview, FL 33578** | | | | | | **$2,359.63** |
| **Florida Drilling & Supply** **1810 Seacrest Ave** **Immokalee, FL 34142** | | | | | | **$12,000.00** |
| **GFA International** **1215 Wallace Dr.** **Delray Beach, FL 33444** | | | | | | **$9,185.19** |
| **Harold Lightman** **712 US Hwy 1, Suite 200** **North Palm Beach, FL 33408** | | | | | | **$35,000.00** |
| **Harry Major** **PO Box 9249** **Santa Fe, NM 87504** | | | | | | **$125,000.00** |
| **Heart Equipment** **PO Box 326** **Palm Harbor, FL 34683** | | | | | | **$3,000.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | **Delta Materials, LLC** | | | Case number *(if known)* | | |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Hermes Hialeah Warehouse, LLC Ted Doukas 4713 Villa Mare Lane Naples, FL 34103** | | **Case Pending: CACE-17-013283(12) 17th Judicial Circuit, Broward County** | | | | **$1,200,000.00** |
| **Holland Pump 7312 Westport Place West Palm Beach, FL 33413** | | | | | | **$18,271.69** |
| **Metro Scale 2130 Park 82 Dr Fort Myers, FL 33905** | | | | | | **$2,300.00** |
| **Michael Covino 2900 Westchester Ave Purchase, NY 10577** | | | | | | **$7,000.00** |
| **Nason Yeager Gerson Harris & Fumero, PA 3001 PGA Blvd, Suite 305 Palm Beach Gardens, FL 33410** | | | | | | **$14,601.87** |
| **Phil Jim Rusty 4085 SW Honey Terr Palm City, FL 34990** | | | | | | **$3,000.00** |
| **SED Engineering 660 Charlotte St, Suite 8 Punta Gorda, FL 33950** | | | | | | **$9,035.00** |
| **South Florida Water Management 301 Gun Club Rd West Palm Beach, FL 33416-4680** | | | | | | **$4,291.69** |
| **Sweetapple Broeker & Varkas, PL 4800 N. Federal Highway North Fort Myers, FL 33917** | | | | | | **$20,000.00** |
| **Thomas De Simone 924 The Parkway Mamaroneck, NY 10543** | | | | | | **$350,000.00** |
| **Thomas Juliano 12044 Classic Drive Coral Springs, FL 33071** | | | | | | **$85,000.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

| Debtor | **Delta Materials, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Whitelock & Associates, P.A. 300 SE 13th Street Fort Lauderdale, FL 33316** | | **Case Pending: CACE-18-027001(09) 17th Judicial Circuit, Broward County** | | | | **$27,000.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Delta Materials, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................................................    $    **22,000,000.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*..............................................................................................................    $    **6,491.39**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*................................................................................................................    $    **22,006,491.39**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $    **8,405,133.32**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................    +$    **1,972,230.64**

4.  **Total liabilities** ................................................................................................................
    Lines 2 + 3a + 3b    $    **10,377,363.96**

**Fill in this information to identify the case:**

Debtor name **Delta Materials, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
    Name of institution (bank or brokerage firm) — Type of account — Last 4 digits of account number

| | Name of institution | Type of account | Last 4 digits | Value |
|---|---|---|---|---|
| 3.1. | TD Bank | Checking | 5303 | $3,741.39 |

4.        **Other cash equivalents** *(Identify all)*

5.        **Total of Part 1.**                                                                                    $3,741.39
          Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:        Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:        Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:        Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Delta Materials, LLC**                                              Case number *(If known)*    _____
               Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Office Furniture** | **$50.00** | | **$50.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computer, copier** | **$200.00** | | **$200.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                                              **$250.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor    **Delta Materials, LLC**                                              Case number *(If known)* _____
          Name

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

       47.1.  **CAT Excavater 329 - Lease** _____    $2,500.00    _____    $2,500.00

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**                                                                     $2,500.00

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **9025 Church Rd, Felda, FL 33930** | **Beneficial Interest** | **$22,000,000.00** | **Appraisal** | **$22,000,000.00** |

56.    **Total of Part 9.**                                                                     $22,000,000.00

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

Debtor    **Delta Materials, LLC**_____    Case number *(If known)*_____
        Name

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Delta Materials, LLC**
Name

Case number *(If known)* _____

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,741.39 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $250.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $22,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,491.39 | + 91b. $22,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $22,006,491.39 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Delta Materials, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| | | | |
|---|---|---|---|
| **2.1** | **Legion Select Venture Fund, LLC**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>9025 Church Rd, Felda, FL 33930 | $4,344,883.32    $22,000,000.00 |

**501 E. Pine St.**
**Orlando, FL 32801**
Creditor's mailing address

Creditor's email address, if known

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**2/2017**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Newtek Small Business Finance, LLC**
**2. Legion Select Venture Fund, LLC**
**3. MSFL Leasing, LLC and Michael Shumaker**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** | **MSFL Leasing, LLC and Michael Shumaker**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>9025 Church Rd, Felda, FL 33930 | **Unknown**    $22,000,000.00 |

**12635 Royce Ct**
**Carmel, IN 46033**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor  **Delta Materials, LLC**                                    Case number (if know) _____
_____
Name

**5/2018**                              ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | | | |
|---|---|---|---|
| 2.3 | **Newtek Small Business Finance, LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**9025 Church Rd, Felda, FL 33930** | $4,060,250.00   $22,000,000.00 |

**1981 Marcus Ave, Suite 180**
**Lake Success, NY 11042**
Creditor's mailing address

Describe the lien
**First Mortgage**
Is the creditor an insider or related party?

_____        ☑ No
Creditor's email address, if known         ☐ Yes

Is anyone else liable on this claim?
**Date debt was incurred**                 ☐ No
                                           ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed |

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$8,405,133.32** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Legion Select Venture Fund, LLC**<br>c/o Michael Covino<br>**2900 Westchester Ave**<br>**Purchase, NY 10577** | Line **2.1** | |
| **Newtek Small Business Finance, LLC**<br>**60 Hempstead Ave, 2nd Flr**<br>**West Hempstead, NY 11552** | Line **2.3** | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name  **Delta Materials, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

**Florida Department of Revenue**
**P.O. Box 6668**
**Tallahassee, FL 32314-6668**

Total claim: **Unknown**    Priority amount: **Unknown**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2**   Priority creditor's name and mailing address

**Internal Revenue Service**
**Attn: Special Procedures**
**P.O. Box 34045**
**Stop 572**
**Jacksonville, FL 32202**

Total claim: **Unknown**    Priority amount: **Unknown**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     40549     Best Case Bankruptcy

| Debtor | **Delta Materials, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19114** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**For Information Purposes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**Office of Attorney General**<br>**State of Florida**<br>**The Capitol PL-01**<br>**Tallahassee, FL 32399-1050** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**For Information Purposes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**SEC Headquarters**<br>**100 F Street, NE**<br>**Washington, DC 20549** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**For Information Purposes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>**Securities and Exchange**<br>**Commission**<br>**801 Brickell Ave., Suite 1800**<br>**Miami, FL 33131** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**For Information Purposes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Delta Materials, LLC**                                      Case number *(if known)* _____
_____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**2.7**

Priority creditor's name and mailing address

**United States Attorney General's Office**
**US Department of Justice**
**950 Pennsylvania Avenue**
**Washington, DC 20530-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.8**

Priority creditor's name and mailing address

**US Attorney Southern District of Florida**
**500 South Australian Avenue**
**Suite 400**
**West Palm Beach, FL 33401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**

Nonpriority creditor's name and mailing address

**Aqua Preserve Inc.**
**9890 Bayshore Rd**
**North Fort Myers, FL 33917**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,900.00**

Date(s) debt was incurred   2016

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2**

Nonpriority creditor's name and mailing address

**CAT Finance Services**
**PO Box 730681**
**Dallas, TX 75373-0681**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$43,285.57**

Date(s) debt was incurred _

Basis for the claim: **Lease 17 moths left**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.3**

Nonpriority creditor's name and mailing address

**Dobbs Equipment**
**2730 Falkenberg Road**
**Riverview, FL 33578**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,359.63**

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Delta Materials, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00** |
|---|---|---|---|
| | **Florida Drilling & Supply** | ☐ Contingent | |
| | **1810 Seacrest Ave** | ☐ Unliquidated | |
| | **Immokalee, FL 34142** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,185.19** |
|---|---|---|---|
| | **GFA International** | ☐ Contingent | |
| | **1215 Wallace Dr.** | ☐ Unliquidated | |
| | **Delray Beach, FL 33444** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |
|---|---|---|---|
| | **Harold Lightman** | ☐ Contingent | |
| | **712 US Hwy 1, Suite 200** | ☐ Unliquidated | |
| | **North Palm Beach, FL 33408** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125,000.00** |
|---|---|---|---|
| | **Harry Major** | ☐ Contingent | |
| | **PO Box 9249** | ☐ Unliquidated | |
| | **Santa Fe, NM 87504** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|
| | **Heart Equipment** | ☐ Contingent | |
| | **PO Box 326** | ☐ Unliquidated | |
| | **Palm Harbor, FL 34683** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200,000.00** |
|---|---|---|---|
| | **Hermes Hialeah Warehouse, LLC** | ☐ Contingent | |
| | **Ted Doukas** | ☐ Unliquidated | |
| | **4713 Villa Mare Lane** | ☐ Disputed | |
| | **Naples, FL 34103** | **Basis for the claim:** _Case Pending: CACE-17-013283(12)_ | |
| | **Date(s) debt was incurred** _ | _17th Judicial Circuit, Broward County_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,271.69** |
|---|---|---|---|
| | **Holland Pump** | ☐ Contingent | |
| | **7312 Westport Place** | ☐ Unliquidated | |
| | **West Palm Beach, FL 33413** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Delta Materials, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | | | | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,300.00** |
|---|---|---|---|
| | **Metro Scale** | ☐ Contingent | |
| | **2130 Park 82 Dr** | ☐ Unliquidated | |
| | **Fort Myers, FL 33905** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00** |
|---|---|---|---|
| | **Michael Covino** | ☐ Contingent | |
| | **2900 Westchester Ave** | ☐ Unliquidated | |
| | **Purchase, NY 10577** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,601.87** |
|---|---|---|---|
| | **Nason Yeager Gerson Harris & Fumero, PA** | ☐ Contingent | |
| | **3001 PGA Blvd, Suite 305** | ☐ Unliquidated | |
| | **Palm Beach Gardens, FL 33410** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|
| | **Phil Jim Rusty** | ☐ Contingent | |
| | **4085 SW Honey Terr** | ☐ Unliquidated | |
| | **Palm City, FL 34990** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,035.00** |
|---|---|---|---|
| | **SED Engineering** | ☐ Contingent | |
| | **660 Charlotte St, Suite 8** | ☐ Unliquidated | |
| | **Punta Gorda, FL 33950** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Shawn Karimi** | ☐ Contingent | |
| | **25218 Bunting Circle** | ☐ Unliquidated | |
| | **Land O Lakes, FL 34639** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,291.69** |
|---|---|---|---|
| | **South Florida Water Management** | ☐ Contingent | |
| | **301 Gun Club Rd** | ☐ Unliquidated | |
| | **West Palm Beach, FL 33416-4680** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Delta Materials, LLC**
Name                                                                Case number *(if known)* _____

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |

**Sweetapple Broeker & Varkas, PL**
**4800 N. Federal Highway**
**North Fort Myers, FL 33917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350,000.00 |

**Thomas De Simone**
**924 The Parkway**
**Mamaroneck, NY 10543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85,000.00 |

**Thomas Juliano**
**12044 Classic Drive**
**Coral Springs, FL 33071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,000.00 |

**Whitelock & Associates, P.A.**
**300 SE 13th Street**
**Fort Lauderdale, FL 33316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case Pending: CACE-18-027001(09)**
**17th Judicial Circuit, Broward County**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
| --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,972,230.64 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,972,230.64 |

**Fill in this information to identify the case:**

Debtor name     **Delta Materials, LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Lease** |
| State the term remaining | **17 months remaining** |
| List the contract number of any government contract | **CAT Finance Services** <br> **PO Box 730681** <br> **Dallas, TX 75373-0681** |

**Fill in this information to identify the case:**

Debtor name    **Delta Materials, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Delta Aggregate, LLC** | **4800 North Federal Highway, D306 Boca Raton, FL 33433** | **Aqua Preserve Inc.** | ☐ D _____<br>☒ E/F  **3.1**_____<br>☐ G _____ |
| 2.2 | **Delta Aggregate, LLC** | **4800 North Federal Highway, D306 Boca Raton, FL 33433** | **CAT Finance Services** | ☐ D _____<br>☒ E/F  **3.2**_____<br>☐ G _____ |
| 2.3 | **Delta Aggregate, LLC** | **4800 North Federal Highway, D306 Boca Raton, FL 33433** | **Dobbs Equipment** | ☐ D _____<br>☒ E/F  **3.3**_____<br>☐ G _____ |
| 2.4 | **Delta Aggregate, LLC** | **4800 North Federal Highway, D306 Boca Raton, FL 33433** | **Florida Drilling & Supply** | ☐ D _____<br>☒ E/F  **3.4**_____<br>☐ G _____ |
| 2.5 | **Delta Aggregate, LLC** | **4800 North Federal Highway, D306 Boca Raton, FL 33433** | **GFA International** | ☐ D _____<br>☒ E/F  **3.5**_____<br>☐ G _____ |

Debtor  **Delta Materials, LLC**

Case number *(if known)* _____

---

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
|---|---|---|

| | | | |
|---|---|---|---|
| 2.6 | **Delta Aggregate, LLC** | 4800 North Federal Highway, D306 Boca Raton, FL 33433 | **Harold Lightman** |

☐ D _____
■ E/F __**3.6**__
☐ G _____

| 2.7 | **Delta Aggregate, LLC** | 4800 North Federal Highway, D306 Boca Raton, FL 33433 | **Harry Major** |
|---|---|---|---|

☐ D _____
■ E/F __**3.7**__
☐ G _____

| 2.8 | **Delta Aggregate, LLC** | 4800 North Federal Highway, D306 Boca Raton, FL 33433 | **Heart Equipment** |
|---|---|---|---|

☐ D _____
■ E/F __**3.8**__
☐ G _____

| 2.9 | **Delta Aggregate, LLC** | 4800 North Federal Highway, D306 Boca Raton, FL 33433 | **Hermes Hialeah Warehouse, LLC** |
|---|---|---|---|

☐ D _____
■ E/F __**3.9**__
☐ G _____

| 2.10 | **Delta Aggregate, LLC** | 4800 North Federal Highway, D306 Boca Raton, FL 33433 | **Holland Pump** |
|---|---|---|---|

☐ D _____
■ E/F __**3.10**__
☐ G _____

| 2.11 | **Delta Aggregate, LLC** | 4800 North Federal Highway, D306 Boca Raton, FL 33433 | **Legion Select Venture Fund, LLC** |
|---|---|---|---|

■ D __**2.1**__
☐ E/F _____
☐ G _____

| 2.12 | **Delta Aggregate, LLC** | 4800 North Federal Highway, D306 Boca Raton, FL 33433 | **Metro Scale** |
|---|---|---|---|

☐ D _____
■ E/F __**3.11**__
☐ G _____

| 2.13 | **Delta Aggregate, LLC** | 4800 North Federal Highway, D306 Boca Raton, FL 33433 | **Michael Covino** |
|---|---|---|---|

☐ D _____
■ E/F __**3.12**__
☐ G _____

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    **Delta Materials, LLC**                                    Case number *(if known)*

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.14 | **Delta Aggregate, LLC** | 4800 North Federal Highway, D306 Boca Raton, FL 33433 | **MSFL Leasing, LLC and Michael Shumaker** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |

| 2.15 | **Delta Aggregate, LLC** | 4800 North Federal Highway, D306 Boca Raton, FL 33433 | **Nason Yeager Gerson Harris & Fumero, PA** | ☐ D ____ ■ E/F __3.13__ ☐ G ____ |

| 2.16 | **Delta Aggregate, LLC** | 4800 North Federal Highway, D306 Boca Raton, FL 33433 | **Newtek Small Business Finance, LLC** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |

| 2.17 | **Delta Aggregate, LLC** | 4800 North Federal Highway, D306 Boca Raton, FL 33433 | **Phil Jim Rusty** | ☐ D ____ ■ E/F __3.14__ ☐ G ____ |

| 2.18 | **Delta Aggregate, LLC** | 4800 North Federal Highway, D306 Boca Raton, FL 33433 | **SED Engineering** | ☐ D ____ ■ E/F __3.15__ ☐ G ____ |

| 2.19 | **Delta Aggregate, LLC** | 4800 North Federal Highway, D306 Boca Raton, FL 33433 | **Shawn Karimi** | ☐ D ____ ■ E/F __3.16__ ☐ G ____ |

| 2.20 | **Delta Aggregate, LLC** | 4800 North Federal Highway, D306 Boca Raton, FL 33433 | **South Florida Water Management** | ☐ D ____ ■ E/F __3.17__ ☐ G ____ |

| 2.21 | **Delta Aggregate, LLC** | 4800 North Federal Highway, D306 Boca Raton, FL 33433 | **Sweetapple Broeker & Varkas, PL** | ☐ D ____ ■ E/F __3.18__ ☐ G ____ |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Delta Materials, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 **Delta Aggregate, LLC** | 4800 North Federal Highway, D306 Boca Raton, FL 33433 | **Thomas De Simone** | ☐ D _____ ■ E/F ___**3.19**___ ☐ G _____ |
| 2.23 **Delta Aggregate, LLC** | 4800 North Federal Highway, D306 Boca Raton, FL 33433 | **Thomas Juliano** | ☐ D _____ ■ E/F ___**3.20**___ ☐ G _____ |
| 2.24 **Delta Aggregate, LLC** | 4800 North Federal Highway, D306 Boca Raton, FL 33433 | **Whitelock & Associates, P.A.** | ☐ D _____ ■ E/F ___**3.21**___ ☐ G _____ |
| 2.25 **Michael De Simone** | 4800 N. Federal Hwy, Suite B105 Boca Raton, FL 33431 | **Legion Select Venture Fund, LLC** | ■ D ___**2.1**___ ☐ E/F _____ ☐ G _____ |
| 2.26 **Michael De Simone** | 4800 N. Federal Hwy, Suite B105 Boca Raton, FL 33431 | **Michael Covino** | ☐ D _____ ■ E/F ___**3.12**___ ☐ G _____ |
| 2.27 **Michael De Simone** | 4800 N. Federal Hwy, Suite B105 Boca Raton, FL 33431 | **MSFL Leasing, LLC and Michael Shumaker** | ■ D ___**2.2**___ ☐ E/F _____ ☐ G _____ |
| 2.28 **Michael De Simone** | 4800 N. Federal Hwy, Suite B105 Boca Raton, FL 33431 | **Newtek Small Business Finance, LLC** | ■ D ___**2.3**___ ☐ E/F _____ ☐ G _____ |
| 2.29 **Michael De Simone** | 4800 N. Federal Hwy, Suite B105 Boca Raton, FL 33431 | **Whitelock & Associates, P.A.** | ☐ D _____ ■ E/F ___**3.21**___ ☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Delta Materials, LLC**                                Case number *(if known)*  _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

2.30  **Michael De Simone**    **4800 N. Federal Hwy, Suite B105**<br>**Boca Raton, FL 33431**    **Hermes Hialeah Warehouse, LLC**    ☐ D  _____<br>■ E/F  **3.9**<br>☐ G  _____

**Fill in this information to identify the case:**

Debtor name    **Delta Materials, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.    **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$31,605.00** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other  _____ | **$240,446.00** |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other  _____ | **$62,169.00** |

2.    **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.    **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

Debtor    **Delta Materials, LLC**                                      Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **South Florida Water Management** 3301 Gun Club Rd West Palm Beach, FL 33406 | 12/12/2018 | $858.33 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |
| 3.2. **Harold Lightman, CPA** 712 US Higway 1, Suite 200 North Palm Beach, FL 33408 | 1/28/2019 | $890.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |
| 3.3. **Whitelock & Associates, P.A.** 300 SE 13th Street Fort Lauderdale, FL 33316 | 2/1/2019, 3/1/2019 | $6,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |
| 3.4. **SED Engineering** 660 Charlotte St, Suite 8 Punta Gorda, FL 33950 | 2/5/2019 | $500.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Michael De Simone** 4800 N. Federal Hwy, Suite B105 Boca Raton, FL 33431 | | $45,000.00 | **Officer Compensation** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor   **Delta Materials, LLC**                                         Case number *(if known)*

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:     Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

□ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Legion Select Venture Fund, LLC v. Delta Aggregate, LLC, et al.,**<br>**2017CA007515A001OX** | **Civil** | **9th Judicial Circuit - Orange County**<br>**425 N. Orange Ave**<br>**Orlando, FL 32801** | □ Pending<br>□ On appeal<br>■ Concluded |
| 7.2. | **Whitelock & Associates, P.A. v. Delta Aggregate, LLC, et al.,**<br>**CACE-18-027001 (09)** | **Civil** | **17th Judicial Circuit Broward County Courthouse**<br>**201 SE 6th St**<br>**Fort Lauderdale, FL 33301** | ■ Pending<br>□ On appeal<br>□ Concluded |
| 7.3. | **Hermes Hialeah Warehouse, LLC v. Delta Aggregate, LLC, and Michael De Simone**<br>**CACE-17-013283(12)** | **Civil** | **17th Judicial Circuit Broward County Courthouse**<br>**201 SE 6th St**<br>**Fort Lauderdale, FL 33301** | ■ Pending<br>□ On appeal<br>□ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:     Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:     Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:     Certain Payments or Transfers**

Debtor    **Delta Materials, LLC**                                        Case number *(if known)*

---

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Shraiberg Landau & Page PA 2385 NW Executive Center Dr Suite 300 Boca Raton, FL 33431** | **Attorney Fees** | **2/8/2019; 2/14/2019** | **$30,000.00** |
| | **Email or website address bss@slp.law** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

Debtor   **Delta Materials, LLC**                                            Case number *(if known)*

---

| Part 9: | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

| Part 10: | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

---

| Part 11: | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| Part 12: | **Details About Environment Information** |

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor    **Delta Materials, LLC**                                                   Case number *(if known)*

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
     26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
     ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Harold Lightman, CPA**<br>**712 US Higway 1, Suite 200**<br>**North Palm Beach, FL 33408** | **2017-2019** |
| 26a.2.  **Casey De Simone**<br>**924 Parkway**<br>**Mamaroneck, NY 10543** | **2017-2019** |
| 26a.3.  **Michael De Simone**<br>**4800 N. Federal Hwy, Suite B105**<br>**Boca Raton, FL 33431** | **2017-2019** |
| 26a.4.  **Michael Shumaker**<br>**12635 Royce Ct**<br>**Carmel, IN 46033** | **2017-2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

Debtor    **Delta Materials, LLC**                                          Case number *(if known)*

within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

□ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Harold Lightman, CPA**<br>**712 US Higway 1, Suite 200**<br>**North Palm Beach, FL 33408** | |
| 26c.2. **Casey De Simone**<br>**924 Parkway**<br>**Mamaroneck, NY 10543** | |
| 26c.3. **Michael De Simone**<br>**4800 N. Federal Hwy, Suite B105**<br>**Boca Raton, FL 33431** | |
| 26c.4. **Michael Shumaker**<br>**12635 Royce Ct**<br>**Carmel, IN 46033** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
□ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael De Simone | 4800 N. Federal Hwy, Suite B105<br>Boca Raton, FL 33431 | President/Manager | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
□ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    **Delta Materials, LLC**                                      Case number *(if known)*

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>**March 12, 2019**</u>

<u>**/s/ Michael De Simone**</u>                           <u>**Michael De Simone**</u>
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    <u>**Manager**</u>

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re    **Delta Materials, LLC**                    Case No.

                                             Debtor(s)            Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **March 12, 2019**                      **/s/ Michael De Simone**

                                          **Michael De Simone/Manager**
                                          Signer/Title

Aqua Preserve Inc.
9890 Bayshore Rd
North Fort Myers, FL 33917

CAT Finance Services
PO Box 730681
Dallas, TX 75373-0681

Delta Aggregate, LLC
4800 North Federal Highway, D306
Boca Raton, FL 33433

Dobbs Equipment
2730 Falkenberg Road
Riverview, FL 33578

Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Drilling & Supply
1810 Seacrest Ave
Immokalee, FL 34142

GFA International
1215 Wallace Dr.
Delray Beach, FL 33444

Harold Lightman
712 US Hwy 1, Suite 200
North Palm Beach, FL 33408

Harry Major
PO Box 9249
Santa Fe, NM 87504

Heart Equipment
PO Box 326
Palm Harbor, FL 34683

Hermes Hialeah Warehouse, LLC
Ted Doukas
4713 Villa Mare Lane
Naples, FL 34103

```
Holland Pump
7312 Westport Place
West Palm Beach, FL 33413


Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114


Legion Select Venture Fund, LLC
501 E. Pine St.
Orlando, FL 32801


Legion Select Venture Fund, LLC
c/o Michael Covino
2900 Westchester Ave
Purchase, NY 10577


Metro Scale
2130 Park 82 Dr
Fort Myers, FL 33905


Michael Covino
2900 Westchester Ave
Purchase, NY 10577


Michael De Simone
4800 N. Federal Hwy, Suite B105
Boca Raton, FL 33431


MSFL Leasing, LLC and Michael Shumaker
12635 Royce Ct
Carmel, IN 46033


Nason Yeager Gerson Harris & Fumero, PA
3001 PGA Blvd, Suite 305
Palm Beach Gardens, FL 33410
```

Newtek Small Business Finance, LLC
1981 Marcus Ave, Suite 180
Lake Success, NY 11042


Newtek Small Business Finance, LLC
60 Hempstead Ave, 2nd Flr
West Hempstead, NY 11552


Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050


Phil Jim Rusty
4085 SW Honey Terr
Palm City, FL 34990


SEC Headquarters
100 F Street, NE
Washington, DC 20549


Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami, FL 33131


SED Engineering
660 Charlotte St, Suite 8
Punta Gorda, FL 33950


Shawn Karimi
25218 Bunting Circle
Land O Lakes, FL 34639


South Florida Water Management
301 Gun Club Rd
West Palm Beach, FL 33416-4680


Sweetapple Broeker & Varkas, PL
4800 N. Federal Highway
North Fort Myers, FL 33917


Thomas De Simone
924 The Parkway
Mamaroneck, NY 10543

Thomas Juliano
12044 Classic Drive
Coral Springs, FL 33071


United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001


US Attorney Southern District of Florida
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401


Whitelock & Associates, P.A.
300 SE 13th Street
Fort Lauderdale, FL 33316